IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | No.  CR 1:20-00508-001 MV |
| BRANDON JAMES GARCIA, | § | |
| Defendant. | § | |

## REQUEST FOR HEARING

The Defendant, Brandon James Garcia, respectfully requests that this Honorable Court set an expedited hearing regarding his Motion for Temporary Release, filed June 10, 2020.  [Doc. 24].

WHEREFORE, Mr. Garcia respectfully request that the Court set a hearing on the Motion for Temporary Release.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
devon_fooks@fd.org

  /s/ *filed electronically on 6/16/20*
DEVON M. FOOKS, AFPD
Attorney for Defendant