# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No.   CR 1:20-00508-001 MV** |
| | § | |
| **BRANDON JAMES GARCIA,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF COMPLETION OF BRIEFING

Defendant-Movant, Brandon James Garcia, by and through his attorney of record, Devon M. Fooks, Assistant Federal Public Defender, pursuant to D.N.M. LR-Civ. 7.4(e), hereby notifies the Court and all parties entitled to notice of the completion of briefing of Defendant's Opposed Motion for Temporary Release [Doc. 24].

Defendant's Motion is ready and requests oral argument; the documents which have been filed that relate to Defendant's Motion are as follows:

| 06/10/2020 | 24 | Opposed MOTION for Release from Custody *Temporary Release* by Brandon James Garcia. (Attachments: # 1 Exhibit A - Inhaler Prescription, # 2 Exhibit B - APRI Score, # 3 Exhibit C - Report re myocardial infarction)(Fooks, Devon) (Entered: 06/10/2020) |
|---|---|---|
| 06/16/2020 | 26 | NOTICE *Request for Hearing* by Brandon James Garcia re 24 Opposed MOTION for Release from Custody *Temporary Release* (Fooks, Devon) (Entered: 06/16/2020) |
| 06/17/2020 | 27 | RESPONSE in Opposition by USA as to Brandon James Garcia re 24 Opposed MOTION for Release from Custody *Temporary Release* (Attachments: # 1 Exhibit Exhibit 1: Cibola COVID Memo)(Roybal, Jaymie) (Entered: 06/17/2020) |

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
devon_fooks@fd.org

__/s/ filed electronically on 6/24/20__
DEVON M. FOOKS, AFPD
Attorney for Defendant